No. 546, Misc.   Koenig v. Cranor, Superintendent, Washington State Penitentiary.   Supreme Court of Washington.   Certiorari denied.

No. 547, Misc.   Eskridge v. Cranor, Superintendent, Washington State Penitentiary.   Supreme Court of Washington.   Certiorari denied.

No. 549, Misc.   Butler v. Randolph, Warden.   Supreme Court of Illinois.   Certiorari denied.

No. 552, Misc.   Rupoli v. New York.   Supreme Court of New York, Appellate Division, Second Judicial Department.   Certiorari denied.

No. 553, Misc.   Walden v. Burke, Warden.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 469, Misc.   Bowen v. County of Los Angeles et al.   Supreme Court of California.   Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion the petition should be granted.   *A. L. Wirin* and *Fred Okrand* for petitioner.   *Harold W. Kennedy* and *Gerald G. Kelly* for respondents.

No. 470, Misc.   Petherbridge et al. v. County of Los Angeles et al.   Supreme Court of California.   Certiorari denied.   Mr. Justice Black and Mr. Justice Douglas are of the opinion the petition should be granted. *A. L. Wirin* and *Fred Okrand* for Petherbridge; and *Ben Margolis* for Hirschman et al., petitioners.   *Harold W. Kennedy* and *Gerald G. Kelly* for respondents.